IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-30117

_____

CAROLYN SUE ROY; JAMES CHARLES ROY,

Plaintiffs-Appellants,

versus

WAL-MART STORES, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana, Monroe
(95-CV-2096)

_____

December 8, 1998

Before GARWOOD, BARKSDALE and STEWART, Circuit Judges.[*]

PER CURIAM:

AFFIRMED.  See 5TH CIR. R. 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.